# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARD DELISSER** | **CIVIL ACTION** |
| v. | NO. 21-4540 |
| **KEVIN ORCHARD** | |

### ORDER RE: DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION

**AND NOW,** this 25th day of March, 2022, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF 3) and Plaintiff's Response (ECF 4), Defendant's motion is **DENIED**.

**BY THIS COURT:**

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-4540 deLisser v. Orchard\20cv4540 order re MTD.docx